**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 AUG 28  P 3: 14

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal No. B-98-00065 |
| IOANNIS KAFOUROS, | : | |
| Defendant. | : | |

.............

**ORDER OF SATISFACTION**

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by the Notice of Lien recorded in the United States District Court for Maryland on May 26, 1999, and recorded in the Circuit Court for Baltimore City as Lien No. 24L-00-002202 on April 24, 2000.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Allen F. Loucks
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 03094